# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DEXTER JOHNSON, | ) |
| Movant, | ) |
| v. | ) CV417-163 |
| | ) CR416-086 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

Dexter Johnson moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. CR416-086, doc. 35. The Court **DIRECTS** the Government to respond within sixty days from the date of this Order. 28 U.S.C. § 2255 Rule 4(b).

**SO ORDERED,** this __14th__ day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA